FILED: January 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1078
(2:21-cv-00316)

_____

B.P.J., by her next friend and mother; HEATHER JACKSON

      Plaintiffs - Appellants

v.

WEST VIRGINIA STATE BOARD OF EDUCATION; HARRISON COUNTY BOARD OF EDUCATION; WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION; W. CLAYTON BURCH, in his official capacity as State Superintendent; DORA STUTLER, in her official capacity as Harrison County Superintendent

      Defendants - Appellees

and

THE STATE OF WEST VIRGINIA; LAINEY ARMISTEAD

      Intervenors

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:21-cv-00316 |
| Date notice of appeal filed in originating court: | 01/23/2023 |

| Appellants | B.P.J. by her next friend and mother, Heather Jackson |
| --- | --- |
| Appellate Case Number | 23-1078 |
| Case Manager | Anisha Walker<br>804-916-2704 |