# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 15, 2023

_____

## DOCKETING FORMS
## FOLLOW-UP NOTICE

_____

No.   23-1078 (L),   B.P.J. v. West Virginia State Board of Education
                     2:21-cv-00316

TO:   Lainey Armistead

REQUESTED FORM DUE:  February 21, 2023

The form identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[x] Disclosure Statement

Anisha Walker, Deputy Clerk
804-916-2704