FILED: February 22, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1078 (L)
(2:21-cv-00316)
_____

B.P.J., by her next friend and mother; HEATHER JACKSON

  Plaintiffs - Appellants

v.

WEST VIRGINIA STATE BOARD OF EDUCATION; HARRISON COUNTY BOARD OF EDUCATION; WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION; W. CLAYTON BURCH, in his official capacity as State Superintendent; DORA STUTLER, in her official capacity as Harrison County Superintendent

  Defendants - Appellees

and

THE STATE OF WEST VIRGINIA; LAINEY ARMISTEAD

  Intervenors - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to Appellants' motion for stay

pending appeal relief requested by February 26, 2023, which the court construes as a motion for an injunction pending appeal, the court grants the motion and stays the district court's January 5, 2023, order dissolving its preliminary injunction.

Entered at the direction of the panel: Judge Harris and Judge Heytens. Judge Agee dissents from the court's order.

For the Court

/s/ Patricia S. Connor, Clerk