FILED:  April 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1078 (L)
(2:21-cv-00316)

_____

B.P.J., by her next friend and mother; HEATHER JACKSON

       Plaintiffs - Appellants

v.

WEST VIRGINIA STATE BOARD OF EDUCATION; HARRISON COUNTY
BOARD OF EDUCATION; WEST VIRGINIA SECONDARY SCHOOL
ACTIVITIES COMMISSION; W. CLAYTON BURCH, in his official capacity as
State Superintendent; DORA STUTLER, in her official capacity as Harrison
County Superintendent

       Defendants - Appellees

and

THE STATE OF WEST VIRGINIA; LAINEY ARMISTEAD

       Intervenors - Appellees

THE TREVOR PROJECT

       Amicus Supporting Appellants

_____

O R D E R

_____

The Trevor Project has filed an amicus curiae brief with the consent of the

parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk