UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 23-1078 as

☐ Retained    ☐ Court-appointed(CJA)    ☐ CJA associate    ☐ Court-assigned(non-CJA)    ☐ Federal Defender

☑ Pro Bono    ☐ Government

COUNSEL FOR: See attachment

_____ as the
(party name)

☐ appellant(s)    ☐ appellee(s)    ☐ petitioner(s)    ☐ respondent(s)    ☑ amicus curiae    ☐ intervenor(s)    ☐ movant(s)

/s/ Jessica L. Ellsworth
(signature)

Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.

| Jessica L. Ellsworth | (202) 637-5600 |
| Name (printed or typed) | Voice Phone |

| Hogan Lovells US LLP | (202) 637-5610 |
| Firm Name (if applicable) | Fax Number |

555 Thirteenth Street NW

| Washington, DC 20004 | jessica.ellsworth@hoganlovells.com |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

_____            _____
Signature                                                                                Date

1/28/2020 SCC

# LIST OF *AMICI CURIAE*

1. A Better Balance
2. American Federation of Teachers, AFL-CIO
3. Anti-Defamation League
4. Autistic Self Advocacy Network
5. California Women's Law Center
6. Center for Women's Health and Human Rights, Suffolk University
7. Clearinghouse on Women's Issues
8. Collective Power for Reproductive Justice
9. Desiree Alliance
10. Equal Rights Advocates
11. Equity Forward
12. Equality California
13. Family Equality
14. Feminist Majority Foundation
15. FORGE, Inc.
16. Gender Justice
17. Gibbs Law Group
18. Girls for Gender Equity (GGE)
19. GLBTQ Legal Advocates & Defenders
20. GLSEN
21. Human Rights Campaign Foundation
22. If/When/How: Lawyering for Reproductive Justice
23. KWH Law Center for Social Justice and Change
24. Lawyers Club of San Diego
25. Medical Students for Choice
26. NARAL Pro-Choice America
27. National Association of Social Workers
28. National Center for Lesbian Rights
29. National Crittenton
30. National Organization for Women Foundation
31. National Women's Law Center
32. National Women's Political Caucus
33. Oasis Legal Services
34. Physicians for Reproductive Health

35. Planned Parenthood South Atlantic
36. Progress Florida
37. Public Counsel
38. Public Justice
39. Religious Coalition for Reproductive Choice
40. Reproductive Health Access Project
41. SPARK Reproductive Justice NOW, Inc.
42. SIECUS
43. Squire Patton Boggs US LLP
44. Stop Sexual Assault in Schools (SSAIS)
45. The Women's Law Center of Maryland
46. Tom Homann LGBTQ+ Law Association
47. Washington Lawyers' Committee for Civil Rights and Urban Affairs
48. Women Lawyers Association Los Angeles
49. Women Lawyers On Guard Inc.
50. Women's Bar Association of the District of Columbia
51. Women's Law Project
52. WV FREE (West Virginia Focus: Reproductive Education and Equity)