## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 4, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   23-1078 (L),   <u>B.P.J. v. West Virginia State Board of Education</u>
                    2:21-cv-00316

TO:   78 Female Athletes, Coaches, Sports Officials, and Parents Of Female Athletes
      Women's Declaration International USA
      22 Business Executives

REQUESTED FORM(S) DUE:  May 8, 2023

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[x] [Appearance of counsel](#) [eFiler status required]

Anisha Walker, Deputy Clerk
804-916-2704