**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 4, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No.   23-1078 (L),   <u>B.P.J. v. West Virginia State Board of Education</u>
2:21-cv-00316

TO:     Alabama, Arkansas, and 15 Other States

REQUESTED FORM(S) DUE:  May 8, 2023

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

_____

[x] Appearance of counsel [eFiler status required]

Anisha Walker, Deputy Clerk
804-916-2704