**CASE NO. 23-1078**

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

B.P.J., by next friend and mother, HEATHER JACKSON,

*Plaintiff – Appellant, Cross-Appelleee*

v.

WEST VIRGINIA STATE BOARD OF EDUCATION; HARRISON COUNTY BOARD OF EDUCATION; W. CLAYTON BURCH, in his official capacity as State Superintendent; DORA STUTLER, in her official capacity as Harrison County Superintendent,

*Defendants – Appellees,*

and

WEST VIRGINIA SECONDARY SCHOOL ACTIVITIES COMMISSION,

*Defendant-Appellee / Cross-Appellant*,

and

THE STATE OF WEST VIRGINIA, LAINEY ARMISTEAD,

*Intervenors-Appellees.*

---

On Appeal from The United States District Court
For The Southern District Of West Virginia
Case No. 2:21-cv-00316 (Goodwin, J.)

---

**NOTICE OF APPEARANCE**

---

R. Daniel Gibson gives notice of appearance as counsel of record for amicus 78 Female Athletes, Coaches, Sports Officials, and Parents of Female Athletes.

1

Respectfully submitted,

May 10, 2023

/s/ R. Daniel Gibson
R. Daniel Gibson
*Counsel of Record*
N.C. State Bar No. 49222
Stam Law Firm, PLLC
P.O. Box 1600
Apex, NC  27502
Telephone:  919-362-8873
Facsimile:  919-387-1171
Dan@stamlawfirm.com

*Attorneys for* Amici Curiae

## CERTIFICATE OF SERVICE

I  certify that, on May 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of filing to all registered CM/ECF users.

/s/ R. Daniel Gibson
R. Daniel Gibson

Dated:  May 10, 2023