# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 15, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.   23-1078 (L),   B.P.J. v. West Virginia State Board of Education
2:21-cv-00316

TO:   West Virginia Secondary School Activities Commission

FILING CORRECTION DUE:  June 15, 2023

Please make the correction identified below and file a corrected document by the date indicated.

[ x ] Incorrect event used. Please refile document using **BRIEF** entry and select **REPLY** from type of brief drop-down menu.

Anisha Walker, Deputy Clerk
804-916-2704