## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 12, 2023

_____

RESPONSE REQUESTED

_____

No.   23-1078 (L),     B.P.J. v. West Virginia State Board of Education
                      2:21-cv-00316

TO:    Heather Jackson
       B.P.J.

RESPONSE DUE: 07/19/2023

Response is required to the motion to suspend the injunction pending appeal on or before 07/19/2023.

Anisha Walker, Deputy Clerk
804-916-2704