

State of West Virginia
Office of the Attorney General
1900 Kanawha Blvd E
Building 1, Room 26-E
Charleston, WV 25305-0220

Patrick Morrisey (304) 558-2021
Attorney General Fax (304) 558-0140

July 20, 2023

Patricia S. Connor
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Submitted Electronically via CM/ECF

    Re:   No. 23-1078: *B.P.J. v. West Virginia State Board of Education, et al.*

Dear Ms. Connor:

    Under Appellate Rule 27(a)(4) and Fourth Circuit Loc. R. 27(d)(2), I write to notify the Court that the State of West Virginia and Lainey Armistead intend to file a reply to Plaintiff-Appellant B.P.J.'s July 19, 2023 response to our motion to suspend the injunction pending appeal, and we will do so within the seven (7) days allowed by the appellate rules. Accordingly, we respectfully request that the Court not act on the motion until the reply is filed.

                                 Sincerely,

                                 PATRICK MORRISEY
                                  ATTORNEY GENERAL

                               /s/ Lindsay S. See
                               Lindsay S. See
                                 *Solicitor General*

Patricia S. Connor
July 20, 2023
Page 2

OFFICE OF THE ATTORNEY GENERAL
OF WEST VIRGINIA
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021

*Counsel for Intervenor-Appellee
State of West Virginia*