# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-1078　　　　　Date of Oral Argument: 10/27/23

Caption: B.P.J. v. West Virginia State Board of Education

Attorney Arguing: Roberta F. Green

Arguing on Behalf of (party name):
West Virginia Secondary School Activities Commission

Select party type:
☐Appellant ☐Appellee ☐Appellant/Cross-Appellee ☑Appellee/Cross-Appellant ☐Amicus ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Lindsay S. See
Phone Number (day of argument):

Principal Argument Time: 17　　　　Rebuttal Argument Time (if any):
(for appellants and appellees)　　　　(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Roberta F. Green
Phone Number (day of argument): (304) 482-5364

Principal Argument Time: 3　　　　Rebuttal Argument Time (if any): 0
(for appellants and appellees)　　　　(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:　　　　Select one of the following: ☐ Order allowing argument time
　　　　　　　　　　　　　　　　　　　　　　　　☐ Court-Appointed Amicus

Signature: /s/ Roberta F. Green　　　　Date: 08/17/23