# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| B.P.J., by her next friend and mother, HEATHER JACKSON,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>WEST VIRGINIA STATE BOARD OF EDUCATION, *et al.*,<br><br>*Defendants-Appellees*,<br><br>and<br><br>THE STATE OF WEST VIRGINIA, *et al.*,<br><br>*Intervenors-Appellees*, | No. 23-1078 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 46(c), Maxwell A. Baldi moves the Court for leave to withdraw as counsel for amicus curiae The Trevor Project. Effective August 25, 2023, Mr. Baldi will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP.

Notice of Mr. Baldi's withdrawal has been provided to The Trevor Project.

The Trevor Project will continue to be represented by Abbey Hudson and Emily Maxim Lamm of Gibson, Dunn & Crutcher LLP and by Shirin A. Barday and Mark C. Davies of Pallas Partners (US) LLP.

August 24, 2023

Respectfully submitted,

/s/ *Maxwell A. Baldi*
Maxwell A. Baldi
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mbaldi@gibsondunn.com

*Counsel for Amicus Curiae*
*The Trevor Project*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that this motion complies with the applicable typeface, type style, and type-volume limitations. This motion was prepared using a proportionally spaced type (New Century Schoolbook, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this motion contains 91 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this motion.

August 24, 2023                                    Respectfully submitted,

                                                    */s/ Maxwell A. Baldi*
                                                    Maxwell A. Baldi
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    1050 Connecticut Avenue, N.W.
                                                    Washington, D.C. 20036
                                                    (202) 955-8500
                                                    mbaldi@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 24, 2023, I electronically filed the foregoing motion with the Clerk for the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

August 24, 2023

Respectfully submitted,

/s/ *Maxwell A. Baldi*
Maxwell A. Baldi
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mbaldi@gibsondunn.com