# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 18, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re: West Virginia Secondary School Activities Commission
v. B. P. J., By Her Next Friend and Mother, Heather Jackson, et al.
No. 24-44
(Your No. 23-1078, 23-1130)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk