# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 3, 2025

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: West Virginia, et al.
v. B. P. J., By Her Next Friend and Mother, Heather Jackson
No. 24-43
(Your No. 23-1078, 23-1130)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

**Scott S. Harris**, Clerk